1 | JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
2 | FENWICK & WEST LLP
555 California Street, 12th Floor
3 | San Francisco, CA 94104
Telephone: (415) 875-2300
4 | Facsimile: (415) 281-1350

5 | ERIC BALL (CSB NO. 241327)
eball@fenwick.com
6 | FENWICK & WEST LLP
Silicon Valley Center
7 | 801 California Street
Mountain View, CA 94041
8 | Telephone: (650) 988-8500
Facsimile: (650) 938-5200

9

10 | Attorneys for Plaintiff
INTEL CORPORATION

11

**ORIGINAL
FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JW**

12 |            UNITED STATES DISTRICT COURT

13 |           NORTHERN DISTRICT OF CALIFORNIA

14 |             SAN FRANCISCO DIVISION

**CV 08    3578**

15 | INTEL CORPORATION, a Delaware      ) Case No.
corporation,                        )
16 |              Plaintiff,          ) **COMPLAINT FOR DAMAGES AND**
                                      ) **INJUNCTIVE RELIEF**
17 |    vs.                           )
                                      ) **DEMAND FOR JURY TRIAL**
18 | INTELSYS SOFTWARE, LLC, a Washington )
corporation,                        )
19 |                                  )
              Defendant.             )
20 | _____ )

21

22 | Plaintiff Intel Corporation ("Intel") alleges as follows:

23 |    1.    This action arises from use of the name and mark "Intelsys Software" by Intelsys

24 | Software, LLC ("Intelsys"), in connection with Intelsys's providing of various computer and

25 | networking products and services.

26 |    2.    By using the identical and world-famous trademark INTEL in its trade name and

27 | trademark with the generic terms "sys" – a common abbreviation for systems – and "software,"

28 | Intelsys has caused and is likely to continue to cause confusion that Intel is the source or sponsor of

COPY

1  Intelsys's products or services, or that there is an association between Intel and Intelsys. In addition,

2  Intelsys's acts are causing, and/or are likely to cause, dilution of the INTEL trademark. Consequently,

3  Intel seeks injunctive relief and damages under the Lanham Act (15 U.S.C. §§ 1051-1127 *et seq.*),

4  federal false designation of origin law (15 U.S.C. § 1125(a)), the Trademark Dilution Revision Act (15

5  U.S.C. § 1125(c)), California Business and Professions Code Sections 14245, 14247, and 17200, and

6  the common law doctrines of passing off and unfair competition.

7  **I.      JURISDICTION AND VENUE**

8          3.      This Court has personal jurisdiction over Intelsys because it conducts business in the

9  State of California and, on information and belief, within the Northern District of California.

10         4.      This Court has jurisdiction over this subject matter pursuant to 15 U.S.C. § 1121 and

11  28 U.S.C. §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the

12  Lanham Act, as amended, 15 U.S.C. §§ 1051-1127. The Court has jurisdiction over the state law

13  claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

14         5.      Venue is proper in this district pursuant to 28 U.S.C. §1391(b). Plaintiff Intel is

15  headquartered in this district, and a substantial part of the events and injury giving rise to the claims set

16  forth herein occurred in this district. On information and belief, Intelsys sells its infringing products

17  and services, uses infringing names and marks, and impermissibly uses trademarks and trade names

18  owned by Intel in the Northern District of California.

19  **II.     INTRADISTRICT ASSIGNMENT**

20         6.      Pursuant to Civil L.R. 3-2(c), this action is to be assigned on a district-wide basis

21  because it is an intellectual property action.

22  **III.    THE PARTIES**

23         7.      Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

24  Mission College Boulevard, Santa Clara, California. Intel is widely recognized as a world leader in

25  high-technology products and services. Intel's products and services are sold worldwide and

26  throughout the United States, including the Northern District of California.

27         8.      Upon information and belief, Intelsys is incorporated in Washington State and has a

28  principal place of business at Westridge Building 11661, 1st Street, Suite 205A, Bellevue, Washington,

98005.  Upon information and belief, Intelsys operates a  website at www.intelsysus.com, and it develops software applications, websites and computer security products, including without limitation, applications for network utilities, wireless applications and enterprise solutions.  Upon information and belief, Intelsys has customers in California and targets consumers within the Northern District of California.

## IV.    INTEL'S BUSINESS AND MARKS

9.      Intel is a world-famous company that develops, manufactures and sells a wide variety of computing, communications, and Internet-related products and services.  Intel's customers include individual consumers, businesses, schools, and the government.

10.     For 40 years, Intel has used INTEL as a trade name, trademark and service mark to identify virtually its entire line of products and services.  INTEL is one of the most valuable and respected names and trademarks in the world, and among the most famous names and trademarks in the technology industry.  Indeed, the Wall Street Journal has regularly recognized the INTEL mark as one of America's most valuable brand names.  Similarly, from 1996 to the present, Fortune Magazine has annually celebrated Intel as one of the top ten "Most Admired Corporations in America" – an honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In 2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey, with an estimated value of $31 billion.

11.     Intel's processors and other technology (including software) have a wide variety of applications, including in the development and use of software applications, wireless products, enterprise solutions, websites and computer security products.  Further, Intel offers several software development products used by developers and engineers to create software applications.

12.     Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells.  Intel also regularly uses its INTEL house mark in conjunction with hundreds of other generic terms as the name of a particular product or service.  Thus, consumers are accustomed to seeing the INTEL mark combined with generic terms to identify products and services that originate from Intel.  In 2007 alone, Intel sold over $38.3 billion of INTEL branded goods and services and, in

1  the last twelve years, Intel has sold over $364 billion of products and services under the INTEL name
2  and mark.

3       13.    Intel is the owner of numerous U.S. and California trademark registrations for the mark
4  INTEL, including the following:

5       a.   Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued
6  on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with
7  integrated circuits, registers and semiconductor memories and equipment for the testing and
8  programming thereof.  These registrations, duly and legally issued by the United States Patent and
9  Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the
10 notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these
11 registrations are attached hereto as Exhibits 1 and 2.

12      b.   Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,
13 1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor
14 memories.  This registration, duly and legally issued by the United States Patent and Trademark
15 Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of
16 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is
17 attached hereto as Exhibit 3.

18      c.   Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October
19 14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and
20 microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark
21 Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of
22 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is
23 attached hereto as Exhibit 4.

24      d.   Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on
25 December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical
26 manuals, pamphlets, user and product manuals, all of which relate to the field of information and data
27 technology and semiconductor devices.  This registration, duly and legally issued by the United States
28 Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

1  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

2  of this registration is attached hereto as Exhibit 5.

3          e.  Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

4  October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

5  note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

6  and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

7  balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

8  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

9  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

10  of this registration is attached hereto as Exhibit 6.

11          f.  Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

12  October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

13  gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the

14  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

15  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

16  1111. A copy of this registration is attached hereto as Exhibit 7.

17          g.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

18  1998, for the mark INTEL for use in connection with, among other things, computer operating system

19  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

20  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

21  accelerators, video processors, computer hardware and software for the development, maintenance, and

22  use of interactive audio-video computer conference systems, and computer hardware and software for

23  the receipt, display and use of broadcast video, audio and data signals. This registration, duly and

24  legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the

25  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

26  registration is attached hereto as Exhibit 8.

27          h.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

28  October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books,

1 magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for

2 use with and directed to users of, computer operating system software; computer operating programs;

3 computer system extensions; computer system tools; computer system utilities; computer application

4 software; computer firmware; computer hardware; computer peripherals; computer components;

5 integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips;

6 microprocessors; printed circuit boards; electronic circuit boards; computer memory devices;

7 semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards;

8 video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

9 hardware and software for the transmission and receipt of facsimiles; computer hardware and software

10 for the development, maintenance, and use of local and wide area computer networks; computer

11 hardware and software for the development, maintenance, and use of interactive audio-video computer

12 conference systems; computer hardware and software for the receipt, display, and use of broadcast

13 video, audio, and digital data signals; and computer hardware and software for development, testing,

14 programming, and production of hardware and software.  This registration, duly and legally issued by

15 the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

16 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

17 attached hereto as Exhibit 9.

18     i.   Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

19 1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

20 necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches.  This registration, duly and

21 legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the

22 notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

23 registration is attached hereto as Exhibit 10.

24     j.   Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

25 1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

26 tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

27 paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

28 organizers.  This registration, duly and legally issued by the United States Patent and Trademark

1  Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant

2  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 11.

3        k.  Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

4  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

5  beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

6  United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

7  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

8  attached hereto as Exhibit 12.

9        l.  Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

10  1999, for the mark INTEL for use in connection with T-shirts, shirts, sweatshirts, jackets, headwear,

11  hats, polo shirts and infant rompers. This registration, duly and legally issued by the United States

12  Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

13  INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 13.

14        m.  Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

15  July 13, 1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush

16  toys, dolls, bean bags and Christmas tree ornaments. This registration, duly and legally issued by the

17  United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

18  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

19  attached hereto as Exhibit 14.

20        n.  Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

21  September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles. This

22  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

23  subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

24  § 1111. A copy of this registration is attached hereto as Exhibit 15.

25        o.  Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

26  April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

27  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

28  integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer

1   networking hardware, video circuit boards, apparatus and equipment for recording, processing,

2   receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging

3   and/or enhancing sound, video images, graphics, and data, electronic control boxes for the interface

4   and control of computer and global computer networks with television and cable broadcast equipment,

5   and computer programs for recording, processing, receiving, reproducing, transmitting, modifying,

6   compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics,

7   and data.  This registration, duly and legally issued by the United States Patent and Trademark Office,

8   is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

9   U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 16.

10           p.   Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

11  2001, for the mark INTEL for use in connection with, among other things, computer hardware and

12  software for use in imaging and photographic applications.  This registration, duly and legally issued

13  by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

14  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

15  attached hereto as Exhibit 17.

16           q.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

17  2002, for the mark INTEL for use in connection with, among other things, computer hardware

18  installation and repair services, maintenance of hardware for local and wide area computer networks,

19  maintenance of hardware for conference interactive audio-video computer conference systems,

20  education and entertainment services, computer diagnostic services, maintenance and updating of

21  computer software.  This registration, duly and legally issued by the United States Patent and

22  Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL

23  mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 18.

24           r.   Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

25  2003, for the mark INTEL for use in connection with, among other things, computer related and

26  communications related services, namely, installation, repair, maintenance, support and consulting

27  services for computer related and communications related goods.  This registration, duly and legally

28  issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice

1  of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

2  attached hereto as Exhibit 19.

3          s.   Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

4  December 13, 2005, for the mark INTEL for use in connection with, among other things,

5  semiconductor and microprocessor cartridges, internet and web servers, internet and web caching

6  servers, wireless and remote computer peripherals, computer hardware and software for enabling web

7  portals, computer hardware and software for digital encryption, identification and certification, and

8  computer consultation services, namely, web design and development services. This registration, duly

9  and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses

10 the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

11 registration is attached hereto as Exhibit 20.

12         t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on

13 August 29, 2006, for the mark INTEL for use in connection with, among other things,

14 telecommunication services, namely electronic and digital transmission of data, documents, audio and

15 video via computer terminals. This registration, duly and legally issued by the United States Patent

16 and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

17 INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 21.

18         u.   Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

19 November 21, 2006, for the mark INTEL for use in connection with, among other things,

20 telecommunications consulting services. This registration, duly and legally issued by the United States

21 Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

22 INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 22.

23         v.   Intel is the owner of California State Trademark Registration No, 63565, issued on

24 May 15, 1981 for the mark INTEL for use in connection with integrated circuits, registers and

25 semiconductor memories, and test and programming equipment for such products. This registration,

26 duly and legally issued by the State of California, is valid and subsisting. A copy of this registration is

27 attached hereto as Exhibit 23.

28

1    w. Intel is the owner of California State Trademark Registration No, 94220, issued

2 on June 18, 1991 for the mark INTEL for use in connection with printed material, namely technical

3 manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

4 technology and semiconductor devices.  This registration, duly and legally issued by the State of

5 California, is valid and subsisting.  A copy of this registration is attached hereto as Exhibit 24.

6    x. Intel is the owner of California State Trademark Registration No, 94221, issued on

7 June 18, 1991 for the mark INTEL for use in connection with integrated circuits, registers and

8 semiconductor memories.  This registration, duly and legally issued by the State of California, is valid

9 and subsisting.  A copy of this registration is attached hereto as Exhibit 25.

10   14. In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

11 owns a large family of marks that incorporate INTEL as a prominent component of the mark.  For

12 example, in 1991, Intel developed and launched a cooperative advertising and licensing program

13 referred to as the "Intel Inside® Program."  As part of this program, Intel adopted and began to use the

14 trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the

15 "INTEL INSIDE marks").  Additionally, it licensed the INTEL INSIDE marks to PC manufacturers to

16 communicate to the end customer that its products, such as personal desktop computers, laptop

17 computers and workstations, were designed with genuine Intel microprocessors.  Among Intel's many

18 thousands of OEM ("Original Equipment Manufacturers") licensees worldwide are giants of the

19 computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony.  Intel's OEM licensees

20 have undoubtedly sold many billions of dollars worth of computer products bearing the INTEL

21 INSIDE marks.  The combined advertising expenditure by Intel and Intel's licensees under the INTEL

22 INSIDE marks (and, since last year, the INTEL mark) has averaged over one billion dollars for each of

23 the last few years.  Through extensive advertising and promotion by Intel and its licensees,

24 advertisements reflecting the INTEL and INTEL INSIDE marks have most likely created billions of

25 impressions.

26   15. Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

27 marks covering goods ranging from computer software and newsletters, to clothing and various sundry

28 items.  Copies of these registrations are attached hereto as Exhibits 26.

16.    Intel owns many other trademark registrations for its family of INTEL formative marks. These include:  INTEL SPEEDSTEP, INTEL XEON, INTEL INSIDE XEON, INTEL INSIDE CENTRINO, INTEL XSCALE, INTEL NETMERGE, INTEL NETBURST and INTEL NETSTRUCTURE.  Copies of these registrations or evidence thereof are attached hereto as Exhibits 27 through 34.

17.    Through its extensive use, Intel also owns common law trademark rights in the INTEL name and mark, and its family of INTEL-formative trademarks and service marks, for all of the goods and services and activities identified herein.

18.    Intel maintains an Internet site on the World Wide Web at the address http://www.intel.com.  Intel has used its trade name and trademark as an Internet address in order to make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel. Intel's web site features the INTEL marks and many other INTEL composite marks.

19.    As a consequence of the extensive sales, advertising, promotion, and use of the INTEL and INTEL composite marks, Intel has developed enormous recognition for its products and services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark.  The INTEL mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

V.    **INTELSYS'S BUSINESS**

20.    Upon information and belief, Intelsys develops software applications, websites and computer security products, including without limitation, software applications for network utilities, wireless applications and enterprise solutions.  Intelsys maintains a website at www.intelsysus.com

21.    The Intelsys Software mark wholly incorporates the world-famous INTEL trademark, adding to it the generic term "sys" – a common abbreviation for "systems" – and the generic term "software."  The only distinctive portion of the Intelsys Software name and mark is "Intel," identical in sight and sound to the world famous INTEL mark.  In addition, Intel is informed and believes that Intelsys markets its products and services through similar channels of trade and to similar customers as Intel.

22.     Despite Intel's numerous attempts to amicably resolve the dispute, Intelsys has persisted in using the Intelsys Software trade name and trademark and has refused to voluntarily change its mark, leaving Intel no choice but to file this Complaint.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

23.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 22 of this Complaint.

24.     Intelsys either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Intelsys's adoption and use of the Intelsys Software trade name and trademark.

25.     Upon information and belief, Intelsys was aware of Intel's business and its INTEL mark and registrations prior to the adoption and use of the Intelsys Software trade name and trademark.

26.     Upon information and belief, Intelsys without Intel's consent, deliberately adopted the Intelsys Software trade name and trademark in connection with its products and services in an attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under the INTEL mark

27.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark falsely indicates to consumers that Intelsys's products and services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel and Intel's licensees.

28.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the products and services Intelsys is promoting or selling.

29.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark in connection with the sale of its products and services allows, and will continue to allow, Intelsys to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Intelsys's products and services, not based on the merits of those products and services, but on Intel's reputation and goodwill.

30.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark in connection with the sale of its products and services deprives Intel of the ability to control the consumer perception of the quality of the products and services marketed under the INTEL mark, and places Intel's valuable reputation and goodwill in the hands of Intelsys, over which Intel has no control.

31.     Intelsys has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

32.     Intel has been, is now, and will be irreparably injured and damaged by Intelsys's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**SECOND CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN**
**(15 U.S.C. § 1125(A))**

33.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 32 of this Complaint.

34.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark falsely suggests that its products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

35.     Intel has been, is now, and will be irreparably injured and damaged by Intelsys's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**THIRD CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(C))**

36.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 35 of this Complaint.

37.   The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

38.   Intelsys's unauthorized use of the Intelsys Software trade name and trademark began after Intel's mark had become famous.

39.   Intelsys's unauthorized use of the Intelsys Software trade name and trademark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark. Intelsys's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  Intelsys's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

40.   Intel has been, is now, and will be irreparably injured and damaged by Intelsys's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

41.   Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 40 of this Complaint.

42.   Intelsys's unauthorized use of the Intelsys Software trade name and trademark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code § 14247.

43.   Intelsys willfully intended to trade on Intel's image and reputation and to dilute the INTEL mark and trade name, acted with reason to know, or was willfully blind as to the consequences of its actions.

44.   Intelsys's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for Intelsys's dilution.

1     45.     Intel is therefore entitled to a judgment enjoining and restraining Intelsys from engaging

2   in further acts of dilution pursuant to California Business and Professions Code § 14247.

3                                **FIFTH CAUSE OF ACTION**
                       **INFRINGEMENT UNDER CALIFORNIA LAW**
4                          **(CAL. BUS. & PROF. CODE § 14245)**

5     46.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs

6   1 through 45 of this Complaint.

7     47.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark in

8   connection with the sale, offering for sale, distribution or advertising of its products and services is

9   likely to cause confusion or mistake or to deceive as to the source or origin of its products and services

10  in violation of California Business and Professions Code § 14245.

11    48.     Upon information and belief, Intelsys's infringement has been with knowledge of

12  Intel's rights.

13    49.     Intel has been, is now, and will be irreparably injured and damaged by Intelsys's

14  aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

15  reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

16  law.

17                               **SIXTH CAUSE OF ACTION**
                            **COMMON LAW PASSING OFF**
18                            **AND UNFAIR COMPETITION**

19    50.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs

20  1 through 49 of this Complaint.

21    51.     Intelsys's unauthorized use of the Intelsys Software trade name and trademark

22  constitutes infringement and unfair competition of the INTEL mark in violation of the common law of

23  California.

24    52.     Intelsys's wrongful acts have caused and will continue to cause Intel irreparable harm.

25  Intel has no adequate remedy at law.

26    53.     Intel is entitled to a judgment enjoining and restraining Intelsys from engaging in

27  further acts of infringement and unfair competition.

28                               **SEVENTH CAUSE OF ACTION**

---

## UNFAIR COMPETITION
### (CAL. BUS & PROF. CODE § 17200)

54.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 53 of this Complaint.

55.    Intelsys's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

56.    Intelsys's acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Intelsys's unfair competition.

57.    Intel is entitled to a judgment enjoining and restraining Intelsys from engaging in further unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1.    Entry of an order and judgment requiring that Intelsys and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the name "Intelsys Software"; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Intelsys and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.    A judgment ordering Intelsys, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Intelsys has complied with the injunction, ceased all offering of products and services under the Intelsys Software trade name and trademark as set forth above;

1     3.    A judgment ordering Intelsys, pursuant to 15 U.S.C. § 1118, to deliver up for

2 destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

3 matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,

4 circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids,

5 receptacles or other matter in the possession, custody, or under the control of Intelsys or its agents

6 bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable

7 imitation of this mark, including without limitation the Intelsys Software trade name and trademark,

8 both alone and in combination with other words or terms;

9     4.    A judgment ordering Intelsys to take all steps necessary to cancel or remove the name

10 "Intelsys" from the business records in Washington State (and any other areas in which Intelsys is

11 licensed to do business) and otherwise take all steps necessary to change Intelsys's business name;

12     5.    A judgment in the amount of Intel's actual damages, Intelsys's profits, Intel's

13 reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117 in

14 an amount not less than $100,000.00 (one hundred thousand dollars);

15     6.    A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

16 state law as appropriate;

17     7.    A judgment granting Intel such other and further relief as the Court deems just and

18 proper.

19 Dated: July 25, 2008

Respectfully submitted,

FENWICK & WEST LLP

By: _____

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC BALL (CSB NO. 241327)
eball@fenwick.com
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

## JURY DEMAND

Plaintiff hereby requests a trial by jury.

Dated: July 25, 2008

Respectfully submitted,

FENWICK & WEST

By: _____

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC BALL (CSB NO. 241327)
eball@fenwick.com
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Case No.
Complaint for Damages and Injunctive Relief

-19-

# EXHIBIT 1

# United States Patent Office

**914,978**
**Registered June 15, 1971**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 325,488, filed Apr. 24, 1969



Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

C. R. FOWLER, Supervisory Examiner

E. W. BROWNE, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 914,978
Registered June 15, 1971
Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3–11–1969; IN COMMERCE 3–11–1969.

SER. NO. 72–325,488, FILED 4–24–1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT 2

# United States Patent Office

**938,772**
**Registered July 25, 1972**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,319, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner

# EXHIBIT 3

# United States Patent Office

**939,641**
Registered Aug. 1, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,320, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.    94040

For: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).
First use Mar. 11, 1969; in commerce Mar. 11, 1969.

E. W. BROWNE, Examiner

# EXHIBIT 4

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.    95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# EXHIBIT 5

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION
AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8–1–1973; IN COMMERCE
8–1–1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73–794,951, FILED 4–21–1989.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT 6

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10–16–1990; IN COMMERCE
10–16–1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10–15–1990; IN COMMERCE
10–15–1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10–22–1990; IN COMMERCE
10–22–1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10–19–1990; IN COMMERCE
10–19–1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9–27–1990; IN COMMERCE
9–27–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,623, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT 7

Int. Cls.: 18, 24 and 25

Prior U.S. Cls.: 3, 39 and 42

Reg. No. 1,725,692

## United States Patent and Trademark Office

Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10–12–1990; IN COMMERCE
10–12–1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10–27–1990; IN COMMERCE
10–27–1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,506, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT 8

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

## United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT 9

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,194,121**

## United States Patent and Trademark Office

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 3–0–1969; IN COMMERCE
3–0–1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75–160,105, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT 10

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,
PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT 11

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,251,961**

# United States Patent and Trademark Office

**Registered June 8, 1999**

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,
PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10–0–1990; IN COMMERCE
10–0–1990.

SN 75–371,525, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT 12

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**Reg. No. 2,250,491**

## United States Patent and Trademark Office

**Registered June 1, 1999**

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10–0–1993; IN COMMERCE
10–0–1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,363, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT 13

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,254,525**

## United States Patent and Trademark Office     Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10–0–1990; IN COMMERCE
10–0–1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,308, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT 14

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,261,531

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT 15

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,362, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT 16

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,446,693

Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT 17

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,462,327**

# United States Patent and Trademark Office

Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

EXHIBIT 18

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT 19

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,742,174

Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT 20

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

United States Patent and Trademark Office

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT 21

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,136,102

Registered Aug. 29, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

EXHIBIT 22

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391

Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# EXHIBIT 23



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 63565     Class No. 9     Renewal No. 16828

## CERTIFICATE OF RENEWAL OF TRADEMARK

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:   Intel Corporation
Business Address:   2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:   March 11, 1969
Date First Used Anywhere:   March 11, 1969
Description of Trademark:   Intel
Description of Goods on Which the Trademark is Used:   Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
Date of Registration:   May 15, 1981
Term of Registration Extends to and Includes:   May 15, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th day of May, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)

OSP 99 21639

# EXHIBIT 24





# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94220    Class No. 16    Renewal No. 16856

### CERTIFICATE OF RENEWAL OF TRADEMARK

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:    August 1, 1973
Date First Used Anywhere:    August 1, 1973
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-95)    OSP 09 21639

EXHIBIT 25



## State of California

### SECRETARY OF STATE

Trademark Reg. No. 94221        Class No. 9        Renewal No. 16857

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

# EXHIBIT 26

Int. Cl.: 9

Prior U.S. Cl.: 26

**Reg. No. 1,702,463**

# United States Patent and Trademark Office    Registered July 21, 1992

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1–0–1992; IN COMMERCE
1–0–1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74–159,672, FILED 4–22–1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,705,796
Registered Aug. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1–0–1992; IN COMMERCE
1–0–1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74–159,673, FILED 4–22–1991.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,179,209

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,188,280**

## United States Patent and Trademark Office

**Registered Sep. 8, 1998**

### TRADEMARK
#### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1–0–1992; IN COMMERCE
1–0–1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75–160,100, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,194,122**

## United States Patent and Trademark Office

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,174, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,198,880

## United States Patent and Trademark Office

Registered Oct. 20, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH, AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324, 1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,252,046

## United States Patent and Trademark Office

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,

INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,306, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**Reg. No. 2,256,061**

## United States Patent and Trademark Office

Registered June 22, 1999

---

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,546, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,261,580

## United States Patent and Trademark Office

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-
MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 10-0-1995; IN COMMERCE
10-0-1995.

SN 75-371,544, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

Reg. No. **2,289,657**

Registered Oct. 26, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,

MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,352, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,451,273

Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER PERIPHERALS AND ELEC-
TRONIC APPARATUS FOR USE WITH COMPU-
TERS; KEYBOARDS; TRACKBALLS; COMPUTER
MOUSE DEVICES; COMPUTER INPUT DEVICES;
COMPUTER MONITORS; VIDEO APPARATUS; VI-
DEO CIRCUIT BOARDS; APPARATUS AND EQUIP-
MENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER UTILITY PROGRAMS; COM-
PUTER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING
PROCESSING, RECEIVING, REPRODUCING,
TRANSMITTING, MODIFYING, COMPRESSING,
DECOMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO, IMAGES,
GRAPHICS, AND DATA; COMPUTER PROGRAMS
FOR WEB PAGE DESIGN; COMPUTER PROGRAMS
FOR ACCESSING AND USING A GLOBAL COM-
PUTER NETWORK; AND USER MANUALS FOR
USE WITH, AND SOLD AS A UNIT WITH, ALL THE
AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,489, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,547,565

## United States Patent and Trademark Office

Registered Mar. 12, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, SUP-
PORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION
TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT; COMPUTER SOFTWARE,
COMPUTER HARDWARE AND NETWORK DE-
SIGN SERVICES, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,488, FILED 12-31-1997.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,942,936

Registered Apr. 19, 2005

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFT-
WARE; COMPUTER OPERATING PROGRAMS;
COMPUTER SYSTEM EXTENSIONS, TOOLS AND
UTILITIES IN THE FIELD OF APPLICATION SOFT-
WARE FOR CONNECTING PERSONAL COMPU-
TERS, NETWORKS, TELECOMMUNICATIONS
APPARATUS AND GLOBAL COMPUTER NET-
WORK APPLICATIONS; AUDIO AND VIDEO GRA-
PHICS FOR REAL TIME INFORMATION AND
IMAGE TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
HARDWARE; INTEGRATED CIRCUITS; INTEGRA-
TED CIRCUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
COMPUTER HARDWARE, NAMELY MICROPRO-
CESSORS; PRINTED CIRCUIT BOARDS; ELECTRO-
NIC CIRCUIT BOARDS; COMPUTER MEMORY
HARDWARE; SEMICONDUCTOR MEMORY
HARDWARE; VIDEO CIRCUIT BOARDS; AUDIO
CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT
BOARDS; VIDEO GRAPHIC ACCELERATORS;
MULTIMEDIA ACCELERATORS; VIDEO PROCES-
SORS; MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND RE-
CEIPT OF FACSIMILES; COMPUTER HARDWARE
AND SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND WIDE
AREA COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR THE DEVEL-
OPMENT, MAINTENANCE, AND USE OF INTER-
ACTIVE AUDIO-VIDEO COMPUTER
CONFERENCE SYSTEMS; COMPUTER HARD-
WARE AND SOFTWARE FOR THE RECEIPT, DIS-
PLAY, AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; COMPUTER NET-
WORK ROUTERS; HUBS; SERVERS; SWITCHES;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEMS SOFTWARE; COMPUTER
HARDWARE, NAMELY FIXED FUNCTION SER-
VERS; COMPUTER NETWORKING HARDWARE;
SEMICONDUCTOR DEVICES; COMPUTER HARD-
WARE AND SOFTWARE FOR CREATING, FACIL-
ITATING, AND MANAGING REMOTE ACCESS TO
AND COMMUNICATION WITH LOCAL AREA
NETWORKS, VIRTUAL PRIVATE NETWORKS,
WIDE AREA NETWORKS AND GLOBAL COMPU-
TER NETWORKS; ROUTER, SWITCH, HUB AND
SERVER OPERATING SOFTWARE; COMPUTER
SOFTWARE FOR USE IN PROVIDING MULTIPLE
USER ACCESS TO A GLOBAL COMPUTER INFOR-
MATION NETWORK FOR SEARCHING, RETRIEV-
ING, TRANSFERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER SOFTWARE TOOLS FOR THE
FACILITATION OF THIRD PARTY SOFTWARE
APPLICATIONS; COMPUTER HARDWARE AND
SOFTWARE FOR WIRELESS NETWORK COMMU-
NICATIONS; AND MANUALS SOLD AS A UNIT
AND DOWNLOADABLE FROM A GLOBAL COM-
PUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: TELECOMMUNICATIONS VIA A GLOBAL NETWORK OF COMPUTERS WITH THE EXCEPTION OF SATELLITE COMMUNICATIONS; MULTIMEDIA COMMUNICATIONS AND DIGITAL COMMUNICATIONS SERVICES, NAMELY, BROADCAST, TRANSMISSION, AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE AUDIO, VIDEO, AND DIGITAL SIGNALS; ELECTRONIC TRANSMISSION AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE VOICE, DATA, IMAGES, PAGING MESSAGES, FACSIMILES, AND INFORMATION; TELECONFERENCING SERVICES; VIDEOCONFERENCING SERVICES; CHAT ROOM AND INSTANT MESSAGING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,761, FILED 12-30-2002.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,015,061
Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT" AND "4" , APART FROM
THE MARK AS SHOWN.

SER. NO. 78-390,770, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,017,448
Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT", "EDITION" AND "4", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-390,821, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

# EXHIBIT 27

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,497,572**

## United States Patent and Trademark Office

Registered Oct. 16, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT 28

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,594,850

## United States Patent and Trademark Office

Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; COMPUTER WORKSTATIONS; NAMELY PROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER MONITORS, COMPUTER KEYBOARDS, COMPUTER PERIPHERALS, COMPUTER PRINTERS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; MICROCOMPUTERS; COMPUTER SERVERS; NETWORK SERVERS; COMPUTER FIRMWARE, NAMELY COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER UTILITY SOFTWARE AND OTHER COMPUTER SOFTWARE USED TO MAINTAIN AND OPERATE COMPUTER SYSTEM ALL STORED IN A COMPUTER'S READ-ONLY MEMORY, ROM, OR ELSEWHERE IN THE COMPUTER'S CIRCUITRY; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER AND TELECOMMUNICATIONS NETWORKING HARDWARE, NAMELY; COMPUTER NETWORK ADAPTERS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER MOUSE DEVICES, NAMELY, COMPUTER MICE, TRACKBALLS, COMPUTER JOYSTICKS, AND COMPUTER TOUCHPADS; COMPUTER AND VIDEO MONITORS; VIDEO CIRCUIT BOARDS; COMPUTER HARDWARE AND SOFTWARE FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; COMPUTER SOFTWARE AND PROGRAMS, NAMELY, ALGORITHMS FOR THE COMPRESSION AND DECOMPRESSION OF DATA; COMPUTER COMPONENT TESTING AND CALIBRATING APPARATUS; SET-TOP BOXES; COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND BROWSING A GLOBAL COMPUTER NETWORK AND INTERCONNECTED COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR USE IN VIDEO CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING, AND SOFTWARE FOR ACCESSING AND TRANSMITTING INFORMATION VIA CABLE, RADIO, MICROWAVE AND/OR SATELLITE SYSTEMS; DIGITAL AND PC CAMERAS; HEADSETS; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS ; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-738,459, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT 29

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,594,849**

## United States Patent and Trademark Office

Registered July 16, 2002

# TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS, NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY, COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY- ROM- OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; INTEGRATED CIRCUITS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY, COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS, COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND ENHANCING
SOUND, VIDEO IMAGES, GRAPHICS, AND DATA;

COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND ENHANCING
SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA;
COMPUTER PROGRAMS FOR WEB PAGE DESIGN;
COMPUTER PROGRAMS FOR ACCESSING AND
BROWSING THE GLOBAL COMPUTER NETWORK
AND INTERCONNECTED COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND SATELLITE
SYSTEMS; DIGITAL AND PC CAMERAS; HEAD-
SETS; PARTS, FITTINGS, AND TESTING APPARA-
TUS FOR ALL THE AFORESAID GOODS ; AND
USER MANUALS SOLD AS A UNIT THEREWITH,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,705,796,
AND OTHERS.

SN 75-738,458, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT 30

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,931,701

## United States Patent and Trademark Office

Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL INSIDE CENTRINO

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS AND SEMICONDUCTOR DEVICES; INTEGRATED CIRCUITS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; MICROCOMPUTERS; COMPUTER WORKSTATIONS, NAMELY, PROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER FURNITURE, COMPUTER MONITORS, KEYBOARDS, COMPUTER PERIPHERALS, COMPUTER PRINTERS; SOFTWARE PROGRAMMABLE MICROPROCESSORS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; COMPUTER PERIPHERALS; PERSONAL DIGITAL ASSISTANTS; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER FIRMWARE, NAMELY, COMPUTER UTILITY SOFTWARE AND OTHER COMPUTER SOFTWARE USED TO MAINTAIN AND OPERATE COMPUTER SYSTEM ALL STORED IN A COMPUTER'S READ-ONLY MEMORY (ROM) OR ELSEWHERE IN THE COMPUTER'S CIRCUITRY, AND OPERATING SYSTEM SOFTWARE; COMPUTER AND TELECOMMUNICATIONS NETWORKING HARDWARE; COMPUTER AND TELECOMMUNICATIONS NETWORKING SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS AND CONNECTIVITY; NETWORKING SERVERS; COMPUTER NETWORK ADAPTERS, SWITCHES, ROUTERS AND HUBS; WIRELESS AND WIRED MODEMS AND COMMUNICATION CARDS; MOBILE TELEPHONES; AND PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30232963.3, FILED 7-4-2002, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 1,702,463, 2,188,280, AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD CENTRINO IN THE MARK IS "DOILY".

SN 78-195,485, FILED 12-17-2002.

KARLA PERKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,978,463

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
SEMICONDUCTOR DEVICES; INTEGRATED CIR-
CUITS; COMPUTER CHIPSETS; COMPUTER MO-
THERBOARDS AND DAUGHTERBOARDS;
MICROCOMPUTERS; COMPUTER WORKSTA-
TIONS, NAMELY, PROCESSORS, CENTRAL PRO-
CESSING UNITS, COMPUTER FURNITURE,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER PERIPHERALS, COMPUTER PRINTERS;
SOFTWARE PROGRAMMABLE MICROPROCES-
SORS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; HANDHELD COMPU-
TERS; COMPUTER PERIPHERALS; PERSONAL DI-
GITAL ASSISTANTS; COMPUTER SOFTWARE FOR
USE IN PROVIDING MULTIPLE USER ACCESS TO
A GLOBAL COMPUTER INFORMATION NET-
WORK FOR SEARCHING, RETRIEVING, TRANS-
FERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER FIRMWARE, NAMELY, COM-
PUTER UTILITY SOFTWARE AND OTHER
COMPUTER SOFTWARE USED TO MAINTAIN
AND OPERATE COMPUTER SYSTEM ALL
STORED IN A COMPUTER'S READ-ONLY MEM-
ORY (ROM) OR ELSEWHERE IN THE COMPU-
TER'S CIRCUITRY, AND OPERATING SYSTEM
SOFTWARE; COMPUTER AND TELECOMMUNI-
CATIONS NETWORKING HARDWARE; COMPU-
TER AND TELECOMMUNICATIONS
NETWORKING SOFTWARE FOR WIRELESS NET-
WORK COMMUNICATIONS AND CONNECTIV-
ITY; NETWORKING SERVERS; COMPUTER
NETWORK ADAPTERS, SWITCHES, ROUTERS
AND HUBS; WIRELESS AND WIRED MODEMS
AND COMMUNICATION CARDS; MOBILE TELE-
PHONES; PARTS THEREFOR, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,753, FILED 12-30-2002.

APRIL L. RADEMACHER, EXAMINING ATTOR-
NEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,003,871
Registered Oct. 4, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMMUNICATION SERVICES NAMELY,
PROVIDING WIRELESS ACCESS TO GLOBAL
COMMUNICATIONS NETWORKS; TELECOMMU-
NICATION CONSULTING SERVICES, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

OWNER OF U.S. REG. NO. 2,377,327.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS DOILY.

SER. NO. 78-382,857, FILED 3-11-2004.

DORITT L. CARROLL, EXAMINING ATTORNEY

# EXHIBIT 31

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,697

## United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT 32

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975
Registered Nov. 18, 2003

# TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

EXHIBIT 33

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,724,913

## United States Patent and Trademark Office

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

# EXHIBIT 34

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,869,653
Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO
PROCESS HOST MEDIA TASKS ON SERVERS;
SWITCHES; ROUTERS; MEZZANINE CARDS; PRO-
CESSOR BOARDS; VPN GATEWAYS; PBX INTE-
GRATION BOARDS; COMPUTER HARDWARE
AND SOFTWARE TO TRANSLATE CALL AND
CONNECTION CONTROL SIGNALS; SWITCHING
HARDWARE DESIGNED TO ROUTE CALLS FROM
ONE NETWORK RESOURCE TO ANOTHER; XML
ACCELERATORS; NETWORKING HARDWARE

FOR MANAGING TRAFFIC AND LOAD BALAN-
CING FOR WEBSITES AND E-COMMERCE SITES,
AND ACCELERATING TRANSACTIONS; VOICE
OVER IP (VOIP) INTERFACE BOARD; CIRCUIT
BOARDS; COMPUTER SOFTWARE FOR PROVID-
ING NETWORK ACCESS; COMPUTER HARD-
WARE FOR WIRELESS APPLICATIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY