☐ AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Intel Corporation, a Delaware Corporation ) | |
| Plaintiff ) | Civil Action No. |
| v. ) | CV 08 3578 JW |
| Intelsys Software, LLC, a Washington Corporation ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: _____Intelsys Software, LLC_____
    (Defendant's name)

A lawsuit has been filed against you.

  Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

Jedediah Wakefield
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104

Eric Ball
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**
Deputy clerk's signature

Date: _____JUL 25 2008_____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com