**\*E-FILED\***
**August 19, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, | No. C 08-03578 JW (RS) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL**<br>**RE: REFERRED MATTERS** |
| INTELSYS SOFTWARE, | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated: August 19, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Eric J. Ball    eball@fenwick.com

Jedediah Wakefield    jwakefield@fenwick.com, rjones@fenwick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 19, 2008

          /s/ BAK
          Chambers of Magistrate Judge Richard Seeborg