1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 875.2300
4  Facsimile:    (415) 281.1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
9

10 Attorneys for Plaintiff
   Intel Corporation
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15 INTEL CORPORATION, a Delaware        Case No.  C 08-03578 JW
   Corporation
16                                       CERTIFICATE OF SERVICE
                Plaintiff,
17                                       SUMMONS IN A CIVIL ACTION;
        v.                               COMPLAINT FOR DAMAGES AND
18                                       INJUNCTIVE RELIEF (INCLUDING 42
   INTELSYS SOFTWARE, LLC, a             EXHIBITS); PLAINTIFF INTEL
19 Washington Corporation                CORPORATION FED. R. CIV. PROC.
                                         7.1(a) AND CIVIL L.R. 3-16
20              Defendant.               DISCLOSURE STATEMENT;
                                         WELCOME LETTER FROM COURT,
21                                       MANAGEMENT DISMISSAL HEARING
                                         SCHEDULES, DROP BOX FILING
22                                       PROCEDURES; ORDER SETTING
                                         INITIAL CASE MANAGEMENT
23                                       CONFERENCE AND ADR GUIDELINES;
                                         STANDING ORDER REGARDING CASE
24                                       MANAGEMENT IN CIVIL CASES;
                                         STANDING ORDER RE PRETRIAL
25                                       PREPARATION; STANDING ORDER
                                         FOR ALL JUDGES OF THE NORTHERN
26                                       DISTRICT OF CALIFORNIA -
                                         CONTENTS OF JOINT CASE
27                                       MANAGEMENT STATEMENT; NOTICE
                                         OF AVAILABILITY OF MAGISTRATE
28                                       (continued on next page)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Certificate of Service                              Case No. C 08-03578 JW

1  |  JUDGE TO EXERCISE JURISDICTION, NOTICE OF LAWSUIT
2  |  AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, WAIVER OF
3  |  SERVICE OF SUMMONS; CONSENTING TO A MAGISTRATE
4  |  JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF
5  |  CALIFORNIA; AND ECF REGISTRATION HANDOUT

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>TELEPHONE NO.:<br><br>ATTORNEY FOR:<br><br>**UNITED STATES DISTRICT COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT** | *FOR COURT USE ONLY* |

| | |
|---|---|
| PLAINTIFF: INTEL CORPORATION, a Delaware Corporation<br>DEFENDANT: INTELSYS SOFTWARE, LLC, a Washington Corporation | CASE NUMBER:<br>CV 08 3578 IW |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by WASHINGTON LEGAL SERVERS, INC. to be served on **INTELSYS SOFTWARE, LLC C/O NATIONAL REGISTERED AGENTS, INC., 1780 BARNES BLVD SW, BUILDING G, TUMWATER, WA 98512-0410.**

3. served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF ( INCLUDING 42 EXHIBITS), PLAINTIFF INTEL CORPORATION FED. R. CIV. PROC.7.1(a) AND CIVIL L.R.3-16 DISCLOSURE STATEMENT, WLECOME LETTER FROM COURT, MANAGEMENT DISMISSAL HEARING SCHEDULES, DROP BOX FILING PROCEDURES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR GUIDELINES, STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES, STANDING ORDER PRE TRIAL PREPERTATION, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, AND WAIVER OF SERVICE OF SUMMONS, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, AND ECF REGISTRATION INFORMATION HANDOUT.** with the date and hour of service endorsed thereon by me, to: **CONNIE PURYEAR** as **Registered Agent** at the address of: **1780 BARNES BLVD SW, BUILDING G, TUMWATER, WA 98512-0410** on behalf of **INTELSYS SOFTWARE, LLC,** and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:   8/1/2008 at 11:59 am

5. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: D. NORRIS
   Firm: WASHINGTON LEGAL SERVERS, INC.
   Address: 2616 Ne Kresky Ave Suite 203, Chehalis, WA 98532
   Telephone number: (360) 736-0808
   Registration Number: Process Server #9527
   County: All Areas
   The fee for the service was:

6. I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

   Date:

| | |
|---|---|
| _____<br>D. NORRIS<br>(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | ▶ <br>(SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

Page 1 of 1

**PROOF OF SERVICE**