1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 875.2300
4  Facsimile:   (415) 281.1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
9
10 Attorneys for Plaintiff
   Intel Corporation
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

| | |
|---|---|
| 16  INTEL CORPORATION, a Delaware Corporation | Case No.  C 08-03578 JW |
| 17 | |
| 18             Plaintiff, | **PLAINTIFF INTEL CORPORATION'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT INTELSYS SOFTWARE, LLC** |
| 19        v. | |
| 20  INTELSYS SOFTWARE, LLC, a Washington Corporation | |
| 21             Defendant. | |

23        **TO: THE CLERK OF THE COURT**

24        Plaintiff Intel Corporation hereby requests that the Clerk of Northern District of California

25 Court enter default in this matter against defendant Intelsys Software, LLC on the ground that

26 said defendant has failed to appear or otherwise respond to the complaint within the time

27 prescribed by the Federal Rules of Civil Procedure.  Plaintiff Intel Corporation served the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

complaint on defendant Intelsys Software, LLC on August 1, 2008, as evidenced by the proof of service of summons on file with this Court (Dkt. No. 8).

The above stated facts are further set forth in the accompanying declaration of Eric Ball filed herewith.

Dated: August 27, 2008                                FENWICK & WEST LLP


By: /s/ Eric J. Ball
        Eric J. Ball

Attorneys for Plaintiff
INTEL CORPORATION

Jedediah Wakefield CSB NO. 178058)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875.2300
Facsimile:    (415) 281.1350
jwakefield@fenwick.com

Eric Ball (CSB NO. 241327)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200
eball@fenwick.com