**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                        408.535.5364

August 29, 2008

RE:  CV 08-03578 JW            INTEL CORPORATION-v- INTELSYS SOFTWARE


Default is entered as to defendant Intelsys Software, LLC  on 8/29/08.



                                                    RICHARD W. WIEKING, Clerk


                                                    by Cindy Vargas
                                                    Case Systems Administrator

NDC TR-4  Rev. 3/89

DEFAULT ENTERED
8/29/2008
RICHARD W. WIEKING, CLERK
By_____
Deputy Clerk

1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 875.2300
4  Facsimile:   (415) 281.1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
9

10 Attorneys for Plaintiff
   Intel Corporation
11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15

16 INTEL CORPORATION, a Delaware          Case No. C 08-03578 JW
   Corporation
17
                  Plaintiff,              PLAINTIFF INTEL CORPORATION'S
18                                        REQUEST FOR ENTRY OF DEFAULT
            v.                            AGAINST DEFENDANT INTELSYS
19                                        SOFTWARE, LLC
   INTELSYS SOFTWARE, LLC, a
20 Washington Corporation

21                Defendant.

22

23         **TO: THE CLERK OF THE COURT**

24         Plaintiff Intel Corporation hereby requests that the Clerk of Northern District of California

25 Court enter default in this matter against defendant Intelsys Software, LLC on the ground that

26 said defendant has failed to appear or otherwise respond to the complaint within the time

27 prescribed by the Federal Rules of Civil Procedure. Plaintiff Intel Corporation served the

28

Plaintiff Intel Corporation's Request                              Case No. C 08-03578 JW
for Entry of Default

complaint on defendant Intelsys Software, LLC on August 1, 2008, as evidenced by the proof of service of summons on file with this Court (Dkt. No. 8).

The above stated facts are further set forth in the accompanying declaration of Eric Ball filed herewith.

Dated: August 27, 2008                    FENWICK & WEST LLP


By: /s/ Eric J. Ball
      Eric J. Ball

Attorneys for Plaintiff
INTEL CORPORATION

Jedediah Wakefield CSB NO. 178058)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875.2300
Facsimile:   (415) 281.1350
jwakefield@fenwick.com

Eric Ball (CSB NO. 241327)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200
eball@fenwick.com