IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corp., | NO. C 08-03578 JW |
| Plaintiff, | |
| v. | **JUDGMENT AND PERMANENT INJUNCTION** |
| Intelsys Software, LLC, | |
| Defendant. | |

Pursuant to the Court's February 6, 2009 Order Granting Plaintiff's Motion for Default Judgment and Permanent Injunction, judgment is entered in favor of Plaintiff Intel Corporation against Defendant Intelsys Software LLC.

Defendant Intelsys Software, LLC and its employees, agents, servants, and all other persons acting for or in concert with them shall be, and hereby are, permanently enjoined and restrained from:

    (1)    Using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including any trade name and trademark incorporating the name "Intelsys";

    (2)    Doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed or sold, which is

1  likely to deceive members of the public or prospective customers into believing that
2  there is some connection between Intelsys and Intel Corporation;

Pursuant to 15 U.S.C. § 1118, Intelsys shall deliver for destruction, or show proof of destruction or sufficient modification to eliminate the matter infringing the INTEL mark, all articles and items in the possession, custody or control of Intelsys or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the "Intelsys" trade name and trademark, both alone and in combination with other words or terms.

Intelsys must take all steps necessary to cancel or remove the name Intelsys from the business records of the state of Washington, and any other state in which Intelsys is licensed to do business, and otherwise take all steps necessary to change Intelsys' business name.

Intelsys must cease all use of the www.intelsysus.com domain name and remove all content from the www.intelsysus.com website that is inconsistent with this injunction.

Each party shall bear its own fees and costs.  The Clerk shall close this file.

Dated:  February 6, 2009

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J. Ball eball@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com

| | |
|---|---|
| **Dated: February 6, 2009** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers** |
| | **       Elizabeth Garcia** |
| | **       Courtroom Deputy** |

**United States District Court**
For the Northern District of California